**Appeal Dismissed and Memorandum Opinion filed April 2, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00052-CV

---

### ALEJANDRO CASTILLO, Appellant

### V.

### SASHA ALEJANDRA CASTILLO, Appellee

---

**On Appeal from the 261st District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-24-007092**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed on October 15, 2025. The notice of appeal was filed on January 21, 2026, and deemed timely. To date, our records show that Appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (appellate fees and costs).

On March 2, 2026, this Court notified Appellant that unless Appellant paid the filing fee within 10 days, the appeal would be subject to dismissal without further notice. Appellant has not paid the filing fee or otherwise responded to the Court's notice. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.